# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| SUTTER & GILLHAM, PLLC, successor to Harrill & Sutter, PLLC; and ANDREW CLARKE | PLAINTIFF |
| v. | NO. 4:16CV00478 JLH |
| MITCH GOREE | DEFENDANT |

## **ORDER**

The parties have notified the Court that this matter has been settled. Accordingly, this action is dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 22nd day of July, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE